The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY W KAIRU,<br><br>                     Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                     Defendant. | Case No. 2:22-cv-00154-BJR<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

## JOINT STATUS REPORT

Pursuant to FRCP 26, the applicable Local Rules, and the Court's Order Regarding Initial Disclosures, Joint Status Report and Discovery Plan (Dkt. 8), the parties, by and through the undersigned counsel, and having conducted an FRCP 26(f) conference, hereby submit this Joint Status Report and Discovery Plan.

1. **NATURE AND COMPLEXITY OF CASE**

Plaintiff brings this action against the United States alleging she was injured as a result of negligence by healthcare providers at SeaMar Community Health Centers, a federally funded medical facility. The United States denies Plaintiff's allegations.

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:22-cv-00154-BJR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**2.     PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES**

August 1, 2022.

**3.     CONSENT TO MAGISTRATE JUDGE**

No.

**4.     PROPOSED DISCOVERY PLAN**

(A)     <u>Initial Disclosures</u>

The parties will exchange Initial Disclosures on June 9, 2022.

(B)     <u>Subjects, Timing, and Potential Phasing of Discovery</u>

The parties anticipate the need to conduct discovery on liability, defenses and damages. The parties do not presently believe that discovery should be conducted in phases or be limited.

(C)     <u>Electronically Stored Information</u>

The parties do not anticipate any issues concerning the disclosure of, or discovery of, electronically stored information or data. In the event issues of this nature arise, the parties will agree to work together to resolve all issues before filing any motions with the court.

(D)     <u>Privilege Issues</u>

The parties agree to work together to resolve any issues that may arise concerning privileges.

(E)     <u>Proposed Limitations on Discovery</u>

The parties agree that no limitations shall be made on discovery subject to the Federal and Local Rules.

(F)     <u>Discovery Related Orders</u>

At this time, the parties do not anticipate the need for any additional orders under Local Rules 16 or 26.

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:22-cv-00154-BJR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**5. PARTIES' VIEWS, PROPOSALS, AGREEMENTS ON LCR 26(f)(1)**

(A) <u>Prompt Case Resolution</u>

The parties do not have a proposal for prompt case resolution.

(B) <u>Alternative Dispute Resolution</u>

The parties are open to ADR, but initial discovery will need to be completed for this process to be productive.

(C) <u>Related Cases</u>

None.

(D) <u>Discovery Management</u>

The parties will work together to resolve discovery disputes prior to filing any motions.

(E) <u>Anticipated Discovery Sought</u>

*See* section 4(B).

(F) <u>Phasing Motions</u>

The parties do not see the need for phasing motions at this time.

(G) <u>Preservation of Discoverable Information</u>

The parties have advised their clients to preserve any electronically stored information relevant to this case.

(H) <u>Privilege Issues</u>

*See* section. 4(D).

(I) <u>Model Protocol for Discovery of ESI</u>

The parties will agree on ESI discovery protocols, if necessary.

(J) <u>Alternatives to Model Protocol</u>

Alternatives to the Model Protocol will be discussed, if necessary.

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:22-cv-00154-BJR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**6.    DISCOVERY DEADLINES**

The parties believe that discovery can be completed by 120 days before the trial date.

**7.    BIFURCATION**

The parties do not presently see a need to bifurcate this case.

**8.    PRETRIAL STATEMENTS AND PRETRIAL ORDER**

The parties believe the pretrial statements and pretrial order should be maintained.

**9.    SHORTENING OR SIMPLIFYING CASE**

The parties have no other suggestions at this time for shortening or simplifying the case.

**10.   TRIAL**

The parties believe this case will be ready for trial on or after June 26, 2023.

**11.   JURY OR NON-JURY TRIAL**

Pursuant to the Federal Tort Claims Act, this will be a bench trial.

**12.   NUMBER OF TRIAL DAYS**

The parties anticipate that 5 days will be required for trial.

**13.   TRIAL COUNSEL**

<u>Plaintiff's Counsel:</u>
TYLER GOLDBERG-HOSS
CMG LAW
115 NE 100th Street, Ste. 220
Seattle, WA 98125
Phone: 206-443-8600
Email: tyler@cmglaw.com

<u>Defendant's Counsel:</u>
WHITNEY PASSMORE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Email:  whitney.passmore@usdoj.gov

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:22-cv-00154-BJR] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## 14. AVAILABILITY OF COUNSEL

Conflicts for Plaintiff's Counsel: March 6-24, 2023; March 27-April 20, 2023; May 8-19, 2023; June 12-16, 2023.

Conflicts for Defendant's Counsel: June 12-16, 2023; October 16-24, 2023, November 6-10, 2023.

## 15. SERVICE ON ALL DEFENDANT(S) OR RESPONDENT(S)

Plaintiff has served the United States.

## 16. SCHEDULING CONFERENCE

No.

## 17. CORPORATE DISCLOSURE STATEMENT

None.

DATED this 3rd day of June, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Whitney Passmore*
WHITNEY PASSMORE, FL. No. 91922
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Ste. 5220, Seattle, WA 98101-1271
Phone: 206-553-7970 / Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov

*Attorney for the United States of America*

*/s Tyler Goldberg-Hoss*
TYLER GOLDBERG-HOSS, WSBA No. 41653
CMG Law
115 NE 100th St., Ste. 220, Seattle, WA 98125
Phone: 206-443-8600
Email: tyler@cmglaw.com

*Attorney for Plaintiff*

JOINT STATUS REPORT AND DISCOVERY PLAN
[2:22-cv-00154-BJR] - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970