The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY W. KAIRU, | Case No. 2:22-cv-00154-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STIPULATION**

The parties hereby jointly STIPULATE AND AGREE to extend the following trial date and related dates as set forth in the Court's June 30, 2022 Order Setting Trial Date and Related Dates (Dkt. 12), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | November 28, 2022 | December 28, 2022 |
| Discovery completed by | December 28, 2022 | February 28, 2023 |
| All dispositive motions must be filed by | January 27, 2023 | March 28, 2023 |

Good cause exists for extending these specific deadlines.  Although the parties have conducted extensive fact discovery to date, including exchanging written discovery, setting and

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00154-BJR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

taking depositions, and collecting thousands of pages of medical records, the parties need additional time before expert witnesses can be disclosed. Due to holiday schedules, the timing of when new medical records were received from medical facilities, and the significant volume of records, the parties' experts need additional time to review records and prepare their expert reports. The parties anticipate that an additional month will be sufficient for their experts to finalize their reports. The parties reasonably anticipate that rebuttal experts will be named and an extension of the close of discovery by two months will allow the parties time to depose any rebuttal experts prior to the close of discovery.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed trial date and related dates and respectfully request that the Court grant their motion.

**SO STIPULATED**.

Dated this 15th day of November, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | CMG LAW |
| | |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  whitney.passmore@usdoj.gov<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for United States of America* | *s/ Tyler Goldberg-Hoss*<br>TYLER GOLDBERG-HOSS, WSBA No. 41653<br>115 NE 100th Street, Ste. 220<br>Seattle, WA 98125<br>Phone: 206-443-8600<br>Email: tyler@cmglaw.com<br><br>*Attorney for Plaintiff* |

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00154-BJR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial deadlines are as follows:

| **Deadlines** | |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | December 28, 2022 |
| Discovery completed by | February 28, 2023 |
| All dispositive motions must be filed by | March 28, 2023 |

DATED this 18th day of November, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00154-BJR] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970