The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LUCY W. KAIRU, | Case No. 2:22-cv-00154-BJR |
| Plaintiff, | SECOND STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following case management dates as set forth in this Court's November 18, 2022 Order Granting Parties' Stipulated Motion for Extension of Pretrial Deadlines (Dkt. 15), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Rebuttal expert witness reports due | January 27, 2023 | February 17, 2023 |
| Discovery completed by | February 28, 2023 | March 21, 2023 |

The parties have agreed to mediate this matter in the next several weeks and are hopeful they can come to an amicable resolution. As such, the parties believe good cause exists for a brief stay of discovery-related deadlines in order to save the parties from expending unnecessary costs.

UNITED STATES ATTORNEY<br>
700 Stewart Street, Suite 5220<br>
Seattle, Washington 98101-1271<br>
206-553-7970

This brief extension will not disrupt the trial date or dates for any pretrial filings.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

**SO STIPULATED**.

Dated this 13th day of January, 2023.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | CMG LAW |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  whitney.passmore@usdoj.gov<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for United States of America* | *s/ Tyler Goldberg-Hoss*<br>TYLER GOLDBERG-HOSS, WSBA No. 41653<br>115 NE 100th Street, Ste. 220<br>Seattle, WA 98125<br>Phone: 206-443-8600<br>Email: tyler@cmglaw.com<br><br>*Attorney for Plaintiff* |

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial deadlines are as follows:

| **Deadlines** | |
|---|---|
| Reports expert witness reports due | February 17, 2023 |
| Discovery completed by | March 21, 2023 |

DATED 18th day of January, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge